IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAIAN BRANDON,** <br><br> Plaintiff, <br><br> v. <br><br> **L. WILLIAMS, et al.,** <br><br> Defendants. | Case No. 2:14-cv-02883-TLN-CMK <br><br> **ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

The Court, having considered Defendants Muhammad, Williams, Busig, and Mitchell's request for an extension of time to file a pre-trial Motion for Summary Judgment, and good cause having been found:

IT IS ORDERED: Defendants are granted a seven-day extension of time, through and including August 21, 2018, to file their pre-trial motion.

Dated: August 13, 2018

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1