1
2
3
4
5
6
7
8                    **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   KAIAN BRANDON,                          No. 2:14-CV-2883-TLN-CMK-P

12              Plaintiff,

13        vs.                                ORDER

14   L. WILLIAMS, et al.

15              Defendants.

16   _____/

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.  On June 25, 2018, plaintiff filed a motion for summary adjudication (Doc.

19   31).  Defendants filed oppositions to the motion and plaintiff filed his reply.  Thereafter, on

20   August 6, 2018, plaintiff filed a request (Doc. 38) seeking leave to file an amended motion for

21   summary adjudication in order to properly address and/or support a fact.  No defendant has

22   opposed the motion.[1]  Good cause appearing therefore, plaintiff's motion will be granted.  See

23   Fed. R. Civ. P. 56(e)(1).

24   / / /

25   _____

26        [1]    Defendant Hendricks has requested a ruling on plaintiff's motion and clarification
     as to whether further briefing will be permitted.  See Doc. 47.

                                                 1

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for leave to file an amended motion for summary adjudication (Doc. 38) is granted;

2.  The Clerk of the Court is directed to separately file the proposed amended motion for summary judgment attached to plaintiff's motion at Doc. 38 as an amended motion for summary adjudication filed as of August 6, 2018;

3.  Plaintiff's original motion for summary adjudication (Doc. 31) is disregarded as superceded by the amended motion and the Clerk of the Court shall terminate Doc. 31 as a pending motion; and

4.  Defendants may file new oppositions to plaintiff's amended motion within 30 days of the date of this order and plaintiff may file his replies within 30 days after service of defendants' opposition briefs.


 DATED:  August 29, 2018

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE