IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAIAN BRANDON,<br><br>                              Plaintiff,<br><br>     v.<br><br>L. WILLIAMS, et al.,<br><br>                            Defendants. | Case No. 2:14-cv-02883-TLN-DMC<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

    The Court, having considered Defendants' request for a seven-day extension of time to file a reply brief to Plaintiff's opposition to Defendants' Motion for Summary Judgment, and good cause having been shown:

    IT IS ORDERED: Defendants are granted a seven-day extension of time, through and including October 16, 2018, to file a reply to Plaintiff's opposition to Defendants' Motion for Summary Judgment.

Dated: October 3, 2018

                                                      DENNIS M. COTA
                                                      UNITED STATES MAGISTRATE JUDGE