# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAIAN BRANDON,<br><br>             Plaintiff,<br><br>v.<br><br>L. WILLIAMS, et al.,<br><br>             Defendants. | No. 2:14-CV-2883-TLN-DMC-P<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT KAIAN BRANDON, CDCR # AE-0690**<br><br>DATE: July 12, 2019<br>TIME: 8:30 a.m.<br>LOCATION: California State Prison, Corcoran |

      **Inmate Kaian Brandon**, **CDCR # AE-0690**, a necessary and material witness on his own behalf in proceedings in a settlement conference on July 12, 2019, is confined at Calipatria State Prison (CAL), in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate at California State Prison, Corcoran, 4001 King Avenue, Corcoran, CA 93212, on July 12, 2019, at 8:30 a.m.

## ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court.

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CAL, P. O. Box 5002, Calipatria, CA 92233:**

      **WE COMMAND** you to produce the inmate named above, along with any necessary legal property, to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: May 15, 2019

                                                                  DENNIS M. COTA<br>
                                                                 UNITED STATES MAGISTRATE JUDGE