# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAIAN BRANDON,<br><br>        Plaintiff,<br><br>    v.<br><br>L. WILLIAMS, et.al.,<br><br>        Defendants. | Case No. 2:14-cv-02883-TLN-DMC<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE KAIAN BRANDON, CDCR #AE-0690 |

A settlement conference in this matter commenced on July 12, 2019. Inmate Kaian Brandon, CDCR #AE-0690 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: **Jul 12, 2019**

_____
UNITED STATES MAGISTRATE JUDGE

1