IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAIAN BRANDON,<br><br>              Plaintiff,<br><br>     v.<br><br>L. WILLIAMS, et al.,<br><br>              Defendants. | No. 2:14-CV-2883-TLN-DMC-P<br><br><br>ORDER |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for the attendance of incarcerated witness Gilbert Berry, ECF No. 94.

       Plaintiff states that inmate Berry "should be involuntarily brought to trial."  See id. at 2.  Plaintiff has not indicated, as required by the Court's February 13, 2020, order, that inmate Berry is unwilling to testify voluntarily.  Plaintiff's motion is, therefore, denied without prejudice to renewal with a proper affidavit.

       IT IS SO ORDERED.

Dated:  February 17, 2021

                                 DENNIS M. COTA
                                 UNITED STATES MAGISTRATE JUDGE