1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   KAIAN BRANDON,                           No.  2:14-CV-2883-TLN-DMC-P

12               Plaintiff,

13        v.                                  ORDER

14   L. WILLIAMS, et al.,

15               Defendants.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for the attendance of

19   incarcerated witness Lloyd Olson, ECF No. 98.

20          Plaintiff states that inmate Olson "should be involuntarily brought to court."  See

21   id. at 3.  Plaintiff has not indicated, as required by the Court's February 13, 2020, order, that

22   inmate Olson is unwilling to testify voluntarily.  Plaintiff's motion is, therefore, denied without

23   prejudice to renewal with a proper affidavit.

24          IT IS SO ORDERED.

25

26   Dated:  February 17, 2021

27                                            _____
                                              DENNIS M. COTA
28                                            UNITED STATES MAGISTRATE JUDGE

                                              1