IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAIAN BRANDON,<br><br>    Plaintiff,<br><br>    v.<br><br>L. WILLIAMS, et al.,<br><br>    Defendants. | No. 2:14-CV-2883-TLN-DMC-P<br><br><br>ORDER |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for the attendance of incarcerated witness Anthony Tarkington, ECF No. 96.

      Plaintiff states that inmate Tarkington "be brought to court for trial involuntarily." See id. at 3. Plaintiff has not indicated, as required by the Court's February 13, 2020, order, that inmate Tarkington is unwilling to testify voluntarily. Plaintiff's motion is, therefore, denied without prejudice to renewal with a proper affidavit.

      IT IS SO ORDERED.

Dated: February 17, 2021

                                      DENNIS M. COTA
                                      UNITED STATES MAGISTRATE JUDGE