# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAIAN BRANDON, | No. 2:14-CV-2883-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| L. WILLIAMS, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for the attendance of incarcerated witness D. Whitley, ECF No. 97.

Plaintiff states that inmate Whitley "be brought to trial involuntarily." See id. at 3. Plaintiff has not indicated, as required by the Court's February 13, 2020, order, that inmate Whitley is unwilling to testify voluntarily. Plaintiff's motion is, therefore, denied without prejudice to renewal with a proper affidavit.

IT IS SO ORDERED.

Dated: February 17, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1