# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAIAN BRANDON, | No. 2:14-CV-2883-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| L. WILLIAMS, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are Plaintiff's motions in limine, ECF No. 91.

Plaintiff seeks pre-trial orders for the following relief: (1) to admonish witnesses not to discuss testimony and to exclude witnesses; (2) to view the Building 9 housing unit observation tower and officers' station; (3) to exclude evidence of bad act by Plaintiff; and (4) to authenticate documents. Because the Court has not yet issued a final pre-trial order setting the time and manner for consideration of in limine motions, Plaintiff's motions will be denied without prejudice to renewal following issuance of a final pre-trial order.

IT IS SO ORDERED.

Dated: February 17, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1