IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAIAN BRANDON,<br><br>    Plaintiff,<br><br>    v.<br><br>L. WILLIAMS, et al.,<br><br>    Defendants. | No. 2:14-CV-2883-TLN-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for the attendance of incarcerated witness Gregory Norwood, ECF No. 92. Plaintiff has submitted affidavits making the showing required by the Court's February 13, 2020, order. Good cause appearing therefor, and no opposition to Plaintiff's motion having been filed, Plaintiff's motion for the attendance of inmate Gregory Norwood to testify at trial is granted. Because no trial date has yet been set, the Court will not at this time issue a writ of habeas corpus ad testificandum.

IT IS SO ORDERED.

Dated: February 17, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1