IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAIAN BRANDON, | No. 2:14-CV-2883-TLN-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| L. WILLIAMS, et al., | |
| Defendants. | |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 145, for correction of his pending renewed motion, ECF No. 142, for the attendance of incarcerated witnesses at the trial in this matter, currently set to commence before the District Judge on April 23, 2023. Plaintiff seeks to correct an error in his renewed motion for the attendance of incarcerated witness Glosson. Specifically, Plaintiff provides the correct prison identification number for Mr. Glosson. Good cause appearing therefor, Plaintiff's motion is granted. The Court will note the

/ / /

/ / /

/ / /

/ / /

/ / /

1

correct prison identification number when it separately addresses Plaintiff's renewed motion for the attendance of incarcerated witnesses.

IT IS SO ORDERED.

Dated: December 29, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE